1000

No. 926, Misc. LOSINGER v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 815, Misc. CRIDER v. ZURICH INSURANCE Co. C. A. 5th Cir. Motion for leave to use the record in No. 116, October Term, 1964, granted. Certiorari denied. *Robert S. Vance* for petitioner. *Foster Etheredge* for respondent.

No. 57. HAZELTINE RESEARCH, INC., ET AL. v. BRENNER, COMMISSIONER OF PATENTS, *ante*, p. 252;

No. 165. McMASTER v. UNITED STATES, *ante*, p. 818;

No. 166. WOLFF v. UNITED STATES, *ante*, p. 818;

No. 227. BULLOCK v. VIRGINIA, *ante*, p. 927;

No. 352. LAURITZEN v. SPANN, *ante*, p. 938;

No. 359. JOHNSON v. UNITED STATES, *ante*, pp. 836, 923;

No. 429. MAXWELL v. STEPHENS, PENITENTIARY SUPERINTENDENT, *ante*, p. 944;

No. 519. GISH v. MISSOURI, *ante*, p. 919;

No. 523. ALBANESE v. N. V. NEDERL. AMERIK STOOMV. MAATS. ET AL., *ante*, p. 283;

No. 539. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. UNITED STATES, *ante*, p. 927;

No. 550. PREZIOSO v. UNITED STATES, *ante*, p. 939;

No. 552. CHATSWORTH COOPERATIVE MARKETING ASSOCIATION ET AL. v. INTERSTATE COMMERCE COMMISSION, *ante*, p. 938;

No. 558. ATLANTIC REFINING Co. v. FEDERAL TRADE COMMISSION, *ante*, p. 939;

No. 598. BRASCH v. STATE COMPENSATION INSURANCE FUND ET AL., *ante*, p. 942; and

No. 608. MORAN v. PENAN ET AL., *ante*, p. 943. Petitions for rehearing denied.